## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| City of Pittsburgh, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 1431 C.D. 2021 |
| | : | |
| Ronald Dobbs (Workers' | : | |
| Compensation Appeal Board), | : | |
| Respondent | : | |

**PER CURIAM**                    **O R D E R**

NOW, March 27, 2023, upon consideration of Respondent's application for reargument, and Petitioner's answer in response thereto, the application is DENIED.